IN THE UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

DOCKET NO. 24-2089

**UNITED STATES OF AMERICA,**

    **Plaintiff-Appellee,**

**v.**

**LAZARUS SHAMAR SANDERS,**

    **Defendant-Appellant.**

## UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME IN WHICH TO FILE OPENING BRIEF

Defendant-Appellant, Lazarus Shamar Sanders, through his attorney, Assistant Federal Public Defender Amanda Skinner, requests that this Court grant an additional extension of 7 days, to October 10, 2024, for Mr. Sanders to file his opening brief. In support, counsel states:

1. Mr. Sanders' brief is currently due on October 3, 2024.

2. This is the second opening brief extension requested by Mr. Sanders.

3. Mr. Sanders is in custody.

4. Undersigned counsel needs additional time to complete the opening brief in Mr. Sanders' case. Undersigned counsel continues to have a small number of trial cases assigned to her in addition to her appellate work. Additionally, undersigned counsel

and the Government are discussing an issue Mr. Sanders intends to raise to determine if any stipulation regarding that issue can be reached ahead of filing his opening brief.

5. The Government does not object to the extension of time requested in this motion.

For these reasons, Mr. Sanders requests that this Court grant an extension of time until October 10, 2024 for him to file his opening brief.

Respectfully submitted,

Federal Public Defender  
506 S. Main Street, Suite 400  
Las Cruces, NM 88001  
(575) 527-6930

***/s/ Amanda Skinner*** 
Amanda Skinner  
Assistant Federal Public Defender  
Attorney for Defendant-Appellant  
Amanda_Skinner@fd.org
